Certificate Number: 06531-PAM-DE-031236085

Bankruptcy Case Number: 18-02045



06531-PAM-DE-031236085

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2018, at 1:30 o'clock AM CDT, Eric Shirk completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 26, 2018

By: /s/Jennifer Schuler

Name: Jennifer Schuler

Title: Certified Credit Counselor