```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 18-02045-RNO
Eric L Shirk                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson              Page 1 of 2              Date Rcvd: Jun 25, 2018
                              Form ID: ntcnfhrg          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db             +Eric L Shirk,    42 Clemens Drive,    Dillsburg, PA 17019-1366
5061541        +AMEX,   P.O. BOX 981537,    EL PASO, TX 79998-1537
5061542         AVANT,   SUITE 1700,    CHICAGO, IL 60601
5061543         BARCLAYSBK,    PO BOX 8803ATT: CREDIT BUREAU,    ATT: CREDIT BUREAU,    WILMINGTON, DE 19899
5061544         BK OF AMER,    4060 OGLETOWN/STANTON RDDE5-019-03-07,    DE5-019-03-07,    NEWARK, DE 19713
5061545         CAP ONE,   PO BOX 302531680 CAPITAL ONE DRIVE,    1680 CAPITAL ONE DRIVE,
                 SALT LAKE CITY, UT 84130
5061546        +CAP1/CABEL,    PO BOX 82608,    LINCOLN, NE 68501-2608
5061551        +CBNA,   701 EAST 60TH STREET,    SIOUX FALLS, SD 57104-0432
5061550         CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5061553        +CHASE CARD,    201 N. WALNUT ST//DE1-1027,    WILMINGTON, DE 19801-2920
5061554        +CITI,   701 E 60TH ST NIBS CDV DISPUTES,    IBS CDV DISPUTES,    SIOUX FALLS, SD 57104-0432
5061555         DISCOVER,    PO BOX15316ATT:CMS/PROD DEVELOP,    ATT:CMS/PROD DEVELOP,
                 WILMINGTON, DE 19850-5316
5064054         Daimler Trust,    c/o BK Servicing, LLC,   PO Box 131265,    Roseville, MN 55113-0011
5061539       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: 5/3 BANK,    5050 KINGSLEY DRIVE MD 1MOCOP,    CINCINNATI, OH 45263)
5061556         FULTON BK,    POB 4887INSTALLMENT,    INSTALLMENT,   LANCASTER, PA 17604-4887
5066996        +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
5061558        +MB Financial,    PO Box 961,    Roanoke, TX 76262-0961
5074068        +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, PA 45342-5421
5061559        +PNC MORT,   3232 NEMARK DR,    MIAMISBURG, OH 45342-5433
5061560         SOFI,   ONE LETTERMAN DRIVE, BUILDINGA, SUITE 47,    A, SUITE 4700,    SAN FRANCISCO, CA 94129
5061571       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MTR,    PO Box 8026,    Cedar Rapids, IA 52409-8026)
5068377        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5061540        +E-mail/Text: ally@ebn.phinsolutions.com Jun 25 2018 19:39:34     ALLY,   P O BOX 380901,
                 BLOOMINGTON, MN 55438-0901
5068878         E-mail/Text: ally@ebn.phinsolutions.com Jun 25 2018 19:39:34     Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5061547        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2018 19:40:00     CB/BON TON,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
5061548        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2018 19:40:00     CB/VENUS,   PO BOX 182789,
                 COLUMBUS, OH 43218-2789
5061549        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2018 19:40:01     CB/VICSCRT,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
5075117        +E-mail/Text: bankruptcy@cavps.com Jun 25 2018 19:40:33     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5064684         E-mail/Text: mrdiscen@discover.com Jun 25 2018 19:39:35     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5061557        +E-mail/Text: M74banko@daimler.com Jun 25 2018 19:40:57     MB FIN SVC,   PO BOX 961,
                 ROANOKE, TX 76262-0961
5062209        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 19:47:12
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5061561         E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:37     SYNCB HOME,   C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-5036
5061562        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:23     SYNCB/AMAZ,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061563        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:09     SYNCB/AMER,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061564         E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:37     SYNCB/CARE,   C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-5036
5061565        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:23     SYNCB/GAP,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061566        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:10     SYNCB/LOWE,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061567        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:09     SYNCB/QVC,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061568        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:23     SYNCB/SAMS,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061569        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:23     SYNCB/TOYS,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061570        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2018 19:47:10     SYNCB/WALM,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
                                                                                              TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Daimler Trust,   c/o BK Servicing, LLC,   PO Box 131265,   Roseville, MN 55113-0011
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5061552*     +CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Eric L Shirk jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Mario John Hanyon    on behalf of Creditor   PNC Bank, N.A pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eric L Shirk,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−02045−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 8, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 15, 2018 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 25, 2018 |

ntcnfhrg (03/18)