UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: ERIC SHIRK | CASE NO: 18-2045 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/28/2018, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice of 2nd Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/28/2018

/s/ John M. Hyams
John M. Hyams  87327PA

John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERIC SHIRK | CASE NO: 18-2045 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/28/2018, a copy of the following documents, described below,

2nd Amended Plan

Notice of 2nd Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/28/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
John M. Hyams Law Office
2023 N 2nd Street
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | FIFTH THIRD BANK | ALLY |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | MD ROPS05 BANKRUPTCY DEPT | P O BOX 380901 |
| 03141 | 1850 EAST PARIS SE | BLOOMINGTON MN 55438-0901 |
| CASE 1-18-BK-02045-RNO | GRAND RAPIDS MI 49546-6253 | |
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| HARRISBURG | | |
| WED JUN 27 17-04-48 EDT 2018 | | |

| AMEX | AVANT | ALLY BANK |
|---|---|---|
| PO BOX 981537 | SUITE 1700 | PO BOX 130424 |
| EL PASO TX 79998-1537 | CHICAGO IL 60601 | ROSEVILLE MN 55113-0004 |

| AMERICAN EXPRESS NATIONAL BANK | BARCLAYSBK | BK OF AMER |
|---|---|---|
| CO BECKET AND LEE LLP | PO BOX 8803ATT CREDIT BUREAU | 4060 OGLETOWNSTANTON RDDE50190307 |
| PO BOX 3001 | ATT- CREDIT BUREAU | DE5-019-03-07 |
| MALVERN PA 19355-0701 | WILMINGTON DE 19899 | NEWARK DE 19713 |

| CAP ONE | CAP1CABEL | CBBON TON |
|---|---|---|
| PO BOX 302531680 CAPITAL ONE DRIVE | PO BOX 82608 | PO BOX 182789 |
| 1680 CAPITAL ONE DRIVE | LINCOLN NE 68501-2608 | COLUMBUS OH 43218-2789 |
| SALT LAKE CITY UT 84130 | | |

| CBVENUS | CBVICSCRT | CBNA |
|---|---|---|
| PO BOX 182789 | PO BOX 182789 | 701 EAST 60TH STREET |
| COLUMBUS OH 43218-2789 | COLUMBUS OH 43218-2789 | SIOUX FALLS SD 57104-0432 |

| CBNA | CHASE CARD | CITI |
|---|---|---|
| PO BOX 6497 | 201 N WALNUT STDE11027 | 701 E 60TH ST NIBS CDV DISPUTES |
| SIOUX FALLS SD 57117-6497 | WILMINGTON DE 19801-2920 | IBS CDV DISPUTES |
| | | SIOUX FALLS SD 57104-0432 |

| CAVALRY SPV I LLC | WILLIAM E CRAIG | DISCOVER |
|---|---|---|
| 500 SUMMIT LAKE DRIVE STE 400 | MORTON  CRAIG LLC | PO BOX15316ATTCMSPROD DEVELOP |
| VALHALLA NY 10595-2321 | 110 MARTER AVENUE SUITE 301 | ATT-CMSPROD DEVELOP |
| | MOORESTOWN NJ 08057-3125 | WILMINGTON DE 19850-5316 |

| DAIMLER TRUST | CHARLES J DEHART III TRUSTEE | DISCOVER BANK |
|---|---|---|
| CO BK SERVICING LLC | 8125 ADAMS DRIVE SUITE A | DISCOVER PRODUCTS INC |
| PO BOX 131265 | HUMMELSTOWN PA 17036-8625 | PO BOX 3025 |
| ROSEVILLE MN 55113-0011 | | NEW ALBANY OH 43054-3025 |

| FULTON BK | FIFTH THIRD BANK | MARIO JOHN HANYON |
|---|---|---|
| POB 4887INSTALLMENT | PO BOX 9013 | PHELAN HALLINAN  SCHMIEG |
| INSTALLMENT | ADDISON TEXAS 75001-9013 | 1617 JFK BLVD |
| LANCASTER PA 17604-4887 | | SUITE 1400 |
| | | PHILADELPHIA PA 19103-1814 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EXCLUDE<br>JOHN MATTHEW HYAMS<br>LAW OFFICES OF JOHN M HYAMS<br>2023 N 2ND ST<br>HARRISBURG PA 17102-2151 | MB FIN SVC<br>PO BOX 961<br>ROANOKE TX 76262-0961 | MB FINANCIAL<br>PO BOX 961<br>ROANOKE TX 76262-0961 |
| PNC BANK NA<br>ATTN BANKRUPTCY DEPARTMENT<br>3232 NEWMARK DRIVE<br>MIAMISBURG PA 45342-5421 | PNC MORT<br>3232 NEMARK DR<br>MIAMISBURG OH 45342-5433 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| SOFI<br>ONE LETTERMAN DRIVE BUILDINGA SUITE 47<br>A SUITE 4700<br>SAN FRANCISCO CA 94129 | SYNCB HOME<br>CO PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCBAMAZ<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 |
| SYNCBAMER<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBCARE<br>CO PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCBGAP<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 |
| SYNCBLOWE<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBQVC<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBSAMS<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 |
| SYNCBTOYS<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBWALM<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | EXCLUDE<br>ERIC L SHIRK<br>42 CLEMENS DRIVE<br>DILLSBURG PA 17019-1366 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | EXCLUDE<br>UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | | |