IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Eric Shirk :
: CASE NO: 1:18-bk-02045-RNO
Debtor :

# NOTICE

The hearing on confirmation of the Amended Plan of reorganization of Debtor is scheduled for the date indicated below.

**August 8, 2018** is the deadline for filing objections to confirmation of the Amended Plan. Any objections to confirmation of the plan will be heard at the scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Date: | **August 15, 2018** |
| Ronald Reagan Federal Building, | |
| Bankruptcy Courtroom (3rd Floor), | **Time: 10:00 AM** |
| Third & Walnut Streets, | |
| Harrisburg, PA 17101 | |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-4*, *Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers. Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**      **For the Court:**
U.S. Bankruptcy Court      Clerk of the Bankruptcy Court:
Ronald Reagan Federal Building      Terrence S. Miller
PO Box 908
Harrisburg, PA 17108
(717) 901-2800
Hours Open: Monday-Friday 9:00 AM-4:00 PM      Date: June 27, 2018