```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                  Case No. 18-02045-RNO
Eric L Shirk                                                            Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson               Page 1 of 1         Date Rcvd: Jul 12, 2018
                               Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
db             +Eric L Shirk,    42 Clemens Drive,    Dillsburg, PA 17019-1366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Eric L Shirk jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Mario John Hanyon    on behalf of Creditor    PNC Bank, N.A pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>ERIC L. SHIRK<br>**Debtor(s)**<br><br>DAIMLER TRUST<br>**Movant**<br><br>v.<br><br>ERIC L. SHIRK<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 1:18-02045 (RNO)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Daimler Trust, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2015 Mercedes-Benz ML350** bearing vehicle identification number 4JGDA5HB5FA590373 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: July 11, 2018

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)