```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                  Case No. 18-02045-RNO
Eric L Shirk                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: TWilson          Page 1 of 1         Date Rcvd: Sep 20, 2018
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db              +Eric L Shirk,    42 Clemens Drive,    Dillsburg, PA 17019-1366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 1 Eric L Shirk jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          Mario John Hanyon    on behalf of Creditor   PNC Bank, N.A pamb@fedphe.com
          Regina  Cohen    on behalf of Creditor   Ally Bank rcohen@lavin-law.com,  ksweeney@lavin-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor   Daimler Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                        TOTAL: 8
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Eric L. Shirk

     Debtor(s)            CHAPTER 13

PNC Bank, National Association

     Moving Party

   vs.

                  NO. 18-02045 RNO

Eric L. Shirk

     Debtor(s)

Charles J. DeHart, III

     Trustee

### ORDER ALLOWING FILING OF CLAIM

   AND NOW, upon consideration of the Motion of PNC Bank, National Association to Extend Time of Claims Bar Date, after hearing held on September 20, 2018, it is

   **ORDERED THAT:** the Motion is GRANTED to allow the filing of the Proof of Claim, the form of which is attached to the Motion, on or before October 17, 2018.

Dated:  September 20, 2018      By the Court,

                *Robt N. Opel II*
                _____
                Robert N. Opel, II, Chief Bankruptcy Judge (DG)