UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC L SHIRK

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ERIC L SHIRK

CASE NO: 1-18-02045-RNO

    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 23, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on June 27, 2018.

2. A Confirmation hearing was held and an Order was entered on August 15, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/   James K. Jones, Esq.
Id:   39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC L SHIRK

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-18-02045-RNO

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: November 14, 2018<br><br>Time: 10:00 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: October 23, 2018

IN RE:    ERIC L SHIRK           CHAPTER 13

CASE NO: 1-18-02045-RNO

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 23, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN M HYAMS ESQUIRE<br>2023 N 2ND STREET, SUITE 203<br>HARRISBURG, PA 17102- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| ERIC L SHIRK<br>42 CLEMENS DRIVE<br>DILLSBURG, PA 17019 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 23, 2018

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC L SHIRK

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ERIC L SHIRK

CASE NO: 1-18-02045-RNO

    Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.