UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ERIC L. SHIRK            :  CHAPTER 13
          Debtor(s)          :
                              :
        CHARLES J. DEHART, III     :
        STANDING CHAPTER 13 TRUSTEE  :
          Movant          :
                              :
          vs.              :
                              :
        ERIC L. SHIRK            :
          Respondent(s)     :  CASE NO. 1-18-bk-02045

<u>TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN</u>

      AND NOW, this  20th  day of November, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.  More specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

        a.  Marital adjustment calculation - Line 13.
        b.  Plan payment calculation sum of Lines 34, 35, 36, 45.
        c.  Wife's debts exceed income.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                Respectfully submitted:

                Charles J. DeHart, III
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

      BY:      /s/James K. Jones
                Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  20th  day of November, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA  17102

                                /s/Deborah A. Behney
                                Office of Charles J. DeHart, III
                                Standing Chapter 13 Trustee22