UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: ERIC L SHIRK | CASE NO: 18-02045 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/5/2019, I did cause a copy of the following documents, described below,

7th Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/5/2019

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERIC L SHIRK | CASE NO: 18-02045 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/5/2019, a copy of the following documents, described below,

7th Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/5/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              FIFTH THIRD BANK                        ALLY
 LABEL MATRIX FOR LOCAL NOTICING       MD ROPS05 BANKRUPTCY DEPT               P O BOX 380901
03141                                  1850 EAST PARIS SE                      BLOOMINGTON MN 55438-0901
CASE 1-18-BK-02045-HWV                 GRAND RAPIDS MI 49546-6253
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI APR 5 12-09-59 EDT 2019


AMEX                                   AVANT                                   ALLY BANK
PO BOX 981537                          SUITE 1700                              SERVICED BY ALLY SERVICING LLC
EL PASO TX 79998-1537                  CHICAGO IL 60601                        PO BOX 130424
                                                                               ROSEVILLE MN 55113-0004


ALLY BANK                              AMERICAN EXPRESS NATIONAL BANK          BARCLAYSBK
PO BOX 130424                          CO BECKET AND LEE LLP                   PO BOX 8803ATT CREDIT BUREAU
ROSEVILLE MN 55113-0004                PO BOX 3001                             ATT- CREDIT BUREAU
                                       MALVERN PA 19355-0701                   WILMINGTON DE 19899


BK OF AMER                             BANK OF AMERICA NA                      CAP ONE
4060 OGLETOWNSTANTON RDDE50190307      P O BOX 982284                          PO BOX 302531680 CAPITAL ONE DRIVE
DE5-019-03-07                          EL PASO TX 79998-2284                   1680 CAPITAL ONE DRIVE
NEWARK DE 19713                                                                SALT LAKE CITY UT 84130


CAP1CABEL                              CBBON TON                               CBVENUS
PO BOX 82608                           PO BOX 182789                           PO BOX 182789
LINCOLN NE 68501-2608                  COLUMBUS OH 43218-2789                  COLUMBUS OH 43218-2789


CBVICSCRT                              CBNA                                    CBNA
PO BOX 182789                          701 EAST 60TH STREET                    PO BOX 6497
COLUMBUS OH 43218-2789                 SIOUX FALLS SD 57104-0432               SIOUX FALLS SD 57117-6497


CHASE CARD                             CITI                                    CAVALRY PORTFOLIO SERVICES LLC
201 N WALNUT STDE11027                 701 E 60TH ST NIBS CDV DISPUTES         500 SUMMIT LAKE DRIVE SUITE 400
WILMINGTON DE 19801-2920               IBS CDV DISPUTES                        VALHALLA NY 10595-2322
                                       SIOUX FALLS SD 57104-0432


CAVALRY SPV I LLC                      REGINA COHEN                            WILLIAM E CRAIG
500 SUMMIT LAKE DRIVE STE 400          LAVIN CEDRONE GRAVER BOYD  DISIPIO      MORTON  CRAIG LLC
VALHALLA NY 10595-2321                 190 N INDEPENDENCE MALL WEST SUITE 500  110 MARTER AVENUE SUITE 301
                                       PHILADELPHIA PA 19106-1557              MOORESTOWN NJ 08057-3125


DISCOVER                               DAIMLER TRUST                           CHARLES J DEHART III TRUSTEE
PO BOX15316ATTCMSPROD DEVELOP          CO BK SERVICING LLC                     8125 ADAMS DRIVE SUITE A
ATT-CMSPROD DEVELOP                    PO BOX 131265                           HUMMELSTOWN PA 17036-8625
WILMINGTON DE 19850-5316               ROSEVILLE MN 55113-0011
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FULTON BK<br>POB 4887INSTALLMENT<br>INSTALLMENT<br>LANCASTER PA 17604-4887 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| FULTON BANK NA<br>CO JOSEPH SCHALK ESQUIRE<br>BARLEY SNYDER<br>126 EAST KING STREET<br>LANCASTER PA 17602-2893 | MARIO JOHN HANYON<br>PHELAN HALLINAN SCHMIEG<br>1617 JFK BLVD<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MB FIN SVC<br>PO BOX 961<br>ROANOKE TX 76262-0961 | MB FINANCIAL<br>PO BOX 961<br>ROANOKE TX 76262-0961 |
| PNC BANK NA<br>ATTN BANKRUPTCY DEPARTMENT<br>3232 NEWMARK DRIVE<br>MIAMISBURG PA 45342-5421 | PNC BANK NA<br>PO BOX 94982<br>CLEVELAND OH 44101-4982 | PNC MORT<br>3232 NEMARK DR<br>MIAMISBURG OH 45342-5433 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| SOFI<br>ONE LETTERMAN DRIVE BUILDINGA SUITE 47<br>A SUITE 4700<br>SAN FRANCISCO CA 94129 | SYNCB HOME<br>CO PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCBAMAZ<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 |
| SYNCBAMER<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBCARE<br>CO PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCBGAP<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 |
| SYNCBLOWE<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBQVC<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBSAMS<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 |
| SYNCBTOYS<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | SYNCBWALM<br>4125 WINDWARD PLAZA<br>ALPHARETTA GA 30005-8738 | ~~EXCLUDE~~<br>~~ERIC L SHIRK~~<br>~~42 CLEMENS DRIVE~~<br>~~DILLSBURG PA 17019-1366~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

EXCLUDE
UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

ECAST SETTLEMENT CORPORATION
PO BOX 29262
NEW YORK NY 10087-9262