```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-02045-HWV
Eric L Shirk                                                        Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: TWilson              Page 1 of 2             Date Rcvd: May 13, 2019
                               Form ID: pdf010            Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db             +Eric L Shirk,    42 Clemens Drive,    Dillsburg, PA 17019-1366
5061541        +AMEX,   P.O. BOX 981537,    EL PASO, TX 79998-1537
5061542         AVANT,   SUITE 1700,    CHICAGO, IL 60601
5077342         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5061543         BARCLAYSBK,   PO BOX 8803ATT: CREDIT BUREAU,    ATT: CREDIT BUREAU,    WILMINGTON, DE 19899
5061544         BK OF AMER,   4060 OGLETOWN/STANTON RDDE5-019-03-07,    DE5-019-03-07,   NEWARK, DE 19713
5083417        +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
5061545         CAP ONE,   PO BOX 302531680 CAPITAL ONE DRIVE,   1680 CAPITAL ONE DRIVE,
                 SALT LAKE CITY, UT 84130
5061546        +CAP1/CABEL,   PO BOX 82608,   LINCOLN, NE 68501-2608
5061550         CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5061551        +CBNA,   701 EAST 60TH STREET,    SIOUX FALLS, SD 57104-0432
5061553        +CHASE CARD,   201 N. WALNUT ST//DE1-1027,    WILMINGTON, DE 19801-2920
5061554        +CITI,   701 E 60TH ST NIBS CDV DISPUTES,    IBS CDV DISPUTES,    SIOUX FALLS, SD 57104-0432
5061555         DISCOVER,   PO BOX15316ATT:CMS/PROD DEVELOP,    ATT:CMS/PROD DEVELOP,
                 WILMINGTON, DE 19850-5316
5064054         Daimler Trust,    c/o BK Servicing, LLC,   PO Box 131265,    Roseville, MN 55113-0011
5061539        ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: 5/3 BANK,    5050 KINGSLEY DRIVE MD 1MOCOP,    CINCINNATI, OH 45263)
5061556         FULTON BK,   POB 4887INSTALLMENT,    INSTALLMENT,   LANCASTER, PA 17604-4887
5066996        +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
5083030        +Fulton Bank, N.A.,    c/o Joseph Schalk, Esquire,   Barley Snyder,   126 East King Street,
                 Lancaster, PA 17602-2893
5061558        +MB Financial,    PO Box 961,   Roanoke, TX 76262-0961
5112533        +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
5074068        +PNC Bank, N.A.,    Attn: Bankruptcy Department,   3232 Newmark Drive,
                 Miamisburg, PA 45342-5421
5061559        +PNC MORT,   3232 NEMARK DR,    MIAMISBURG, OH 45342-5433
5061560         SOFI,   ONE LETTERMAN DRIVE, BUILDINGA, SUITE 47,    A, SUITE 4700,    SAN FRANCISCO, CA 94129
5061571        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MTR,    PO Box 8026,   Cedar Rapids, IA 52409-8026)
5068377        +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
5086781         eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com May 13 2019 19:43:15     Ally Bank,
                 serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
5061540        +E-mail/Text: ally@ebn.phinsolutions.com May 13 2019 19:43:15     ALLY,   P O BOX 380901,
                 BLOOMINGTON, MN 55438-0901
5068878         E-mail/Text: ally@ebn.phinsolutions.com May 13 2019 19:43:15     Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5061547        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 13 2019 19:43:40     CB/BON TON,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
5061548        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 13 2019 19:43:40     CB/VENUS,   PO BOX 182789,
                 COLUMBUS, OH 43218-2789
5061549        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 13 2019 19:43:40     CB/VICSCRT,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
5075117        +E-mail/Text: bankruptcy@cavps.com May 13 2019 19:44:06     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5064684         E-mail/Text: mrdiscen@discover.com May 13 2019 19:43:15     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5085313         E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2019 19:50:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5061557        +E-mail/Text: M74banko@daimler.com May 13 2019 19:44:29     MB FIN SVC,   PO BOX 961,
                 ROANOKE, TX 76262-0961
5086017         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2019 19:50:58
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5062209        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2019 19:50:17
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5084573         E-mail/Text: bnc-quantum@quantum3group.com May 13 2019 19:43:44
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
5061561        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:51     SYNCB HOME,   C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-5036
5061562        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:32     SYNCB/AMAZ,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061563        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:33     SYNCB/AMER,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061564         E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:12     SYNCB/CARE,   C/O P.O. BOX 965036,
                 ORLANDO, FL 32896-5036
5061565        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:32     SYNCB/GAP,   4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5061566        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:51      SYNCB/LOWE,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061567        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:12      SYNCB/QVC,     4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061568        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:32      SYNCB/SAMS,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061569        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:32      SYNCB/TOYS,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
5061570        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:52      SYNCB/WALM,    4125 WINDWARD PLAZA,
                 ALPHARETTA, GA 30005-8738
                                                                                                TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Daimler Trust,   c/o BK Servicing, LLC,   PO Box 131265,   Roseville, MN 55113-0011
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5061552*       +CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Cavalry Portfolio Services LLC    kborgatti@cavps.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   PNC Bank, N.A bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Eric L Shirk jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              Mario John Hanyon    on behalf of Creditor   PNC Bank, N.A pamb@fedphe.com
              Regina   Cohen    on behalf of Creditor   Ally Bank rcohen@lavin-law.com,   ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Daimler Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Eric L. Shirk | : | |
| | : | |
| Debtor | : | |
| | : | CASE NO: 1:18-bk-02045-HWV |
| | : | |

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Eric L. Shirk with respect to his Chapter 13 case, it is

HEREBY ORDERED that the case of Eric L. Shirk, Case No. 1:18-bk-02045-HWV, is dismissed.

Dated: May 13, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)